No. 15,927.

FLANDERS v. PUEBLO, A MUNICIPAL CORPORATION ET AL., FREEMAN ET AL. INTERVENERS.

(194 P. [2d] 910)

Decided June 14, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER not participating.

Mr. JOHN W. ELWELL, for plaintiff in error.

Mr. CHARLES M. ROSE, for defendants in error.

Mr. MYLES P. TALLMADGE, for interveners.